```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Vicente Hernandez,

                    Plaintiff,

          vs.

GNB Deli Inc.,Andys Deli;
Gurmet Singh Butter, Don Singh,;
Narinder Singh Bhinder, doing business
as Andy Singh.

                    Defendant.
------------------------------------X
```

08 Civ.3460(RWS)

O R D E R

**Sweet, D.J.,**

For failure to prosecute, this action is hereby dismissed without prejudice. Plaintiff is given an additional thirty(30) days to show cause why the case should be reopened.

It is so ordered.

**New York,NY**
**August 28, 2008**

ROBERT W. SWEET
U.S.D.J.