UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  Attorney: MICHAEL PAILLACE & ASSOCIATES, P.C.

VICENTE HERNANDEZ, ETANO

Plaintiff(s)

- against -

Index # 08 CV 3460 (SWEET)

GNB DELI INC. D/B/A ANDY'S DELI, ETAL

Purchased April 9, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 29, 2008 at 04:25 PM at

106 7TH AVENUE SOUTH
NEW YORK, NY10014

deponent served the within SUMMONS AND COMPLAINT on GNB DELI INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to GURMETT SINGH BUTTAR A/K/A DON SINGH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | SALT & PEPPER | 55 | 6'2 | 220 |

MUSTACHE, BEARD

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 29, 2008

OEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 461553

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728